United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-1804

| | | |
|---|---|---|
| Jacob O. Berry, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| Assembly of God, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: April 6, 1998

Filed: April 14, 1998
_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Jacob O. Berry appeals the district court's[1] conclusion that it lacked subject matter jurisdiction over an action Berry brought against the Assembly of God, General Council. Based on the record and the parties' briefs, we conclude that the court's determination was correct and that an extended discussion is not warranted. The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

---

[1]The Honorable Richard H. Battey, Chief Judge, United States District Court for the District of South Dakota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.